NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESSICA WAILANI GIBBS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3093

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-11-0794-B-1.

---

**ON MOTION**

---

**O R D E R**

This petition for review was voluntarily dismissed on July 14, 2014, and the mandate issued that same day. On September 8, 2014, Jessica Wailani Gibbs filed a "Motion to Reconvene Trial," which appears to be a motion to reactivate her appeal. On September 22, 2014, Ms. Gibbs filed a "Motion to Suspend Previous Motion" which the court interprets as a motion to withdraw the "Motion to Reconvene Trial."

Upon consideration thereof,

2                                                    GIBBS v. INTERIOR

IT IS ORDERED THAT:

(1)  The motion to withdraw the motion to reactivate is granted.

(2)  The motion to reactivate is withdrawn.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25